UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIGATION<br><br>This Document Relates To:<br>Case No.: 11-cv-00337 (NGG)(RER)<br><br>The Kroger Co., et al. v. American Express Travel Related Services Co., Inc., et al. | Master File No.: 11-MD-2221 (NGG)(RER) |

### PLAINTIFFS' AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

Pursuant to Paragraph 32 of the Protective Order previously entered as docket entry 42 in case number 08-cv-2315 (EDNY), which is now consolidated in this MDL, Plaintiffs The Kroger Co., Safeway Inc., Ahold U.S.A., Inc., Albertson's LLC, Hy-Vee, Inc. and The Great Atlantic and Pacific Tea Company, Inc. hereby submit their agreement to be bound by the previously entered Protective Order.

Dated: April 13, 2011

Respectfully submitted,

KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
James Almon, Esquire
201 South Biscayne Boulevard
Suite 1100
Miami, FL 33131-4327
Tel:   (305) 373-1000
Fax:   (305) 372-1861

By: /s/ James Almon
James Almon
*Attorneys for Plaintiffs*

405073.1

KENNY NACHWALTER, P.A.