UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIGATION (II) | Master File No.: 11-MD-02221-NGG-RER |
| This Document Relates to:<br><br>INDIVIDUAL MERCHANT ACTIONS<br><br>*Rite Aid Corporation, et al. v. American Express Travel Related Services Co., Inc.*, 08-cv-2315-NGG-RER<br><br>*CVS Pharmacy, Inc. v. American Express Travel Related Services Co., Inc.*, 08-cv-02316-NGG-RER<br><br>*Walgreen Co. v. American Express Travel Related Services Co., Inc.*, 08-cv-2317-NGG-RER<br><br>*Bi-Lo, LLC v. American Express Travel Related Services Co., Inc.*, 08-cv-02380-NGG-RER<br><br>*H.E. Butt Grocery Co. v. American Express Travel Related Services Co. Inc.*, 08-cv-02406-NGG-RER<br><br>*The Kroger Co., Safeway, Inc., Ahold USA, Inc., Albertson's LLC, Hy-Vee, Inc., The Great Atlantic & Pacific Tea Company, Inc. v. American Express Travel Related Services Co., Inc.*, 11-cv-0337-NGG-RER<br><br>*Meijer, Inc., Publix Super Markets, Inc., Raley's and SuperValu v. American Express Travel Related Services Co., Inc.*, 11-cv-0338-NGG-RER | |

## [PROPOSED] PRETRIAL SCHEDULE

| Pre-Trial Event | Deadline |
| --- | --- |
| MPs file opening brief concerning summary judgment issues | August 19, 2015 |
| Amex files opposition to MPs' summary judgment brief | October 2, 2015 |
| MPs file oppositions to pending motions in limine and *Daubert* motions | October 2, 2015 |
| Parties exchange trial witness lists, trial exhibit lists and deposition designations | October 16, 2015 |
| Amex files replies to oppositions to pending motions in limine and *Daubert* motions | October 30, 2015 |
| MPs file reply to Amex's opposition to MPs' summary judgment | October 30, 2015 |
| Parties exchange any supplemental exhibit and witness lists | November 13, 2015 |
| Parties exchange deposition counter-designations and objections to initial deposition designations | December 18, 2015 |
| Parties exchange objections to trial exhibits | January 11, 2016 |
| Parties exchange draft statements of undisputed facts relevant to their respective claims and defenses for pre-trial order | January 18, 2016 |
| Parties exchange responsive deposition designations and objections to counter-designations | February 12, 2016 |
| Parties exchange proposed edits, in redline, to statements of undisputed facts for pre-trial order | February 19, 2016 |
| Parties exchange proposed stipulations regarding admissibility of trial exhibits | February 26, 2016 |
| Each party designating trial exhibits or deposition testimony that a non-party designated as confidential shall give notice to the non-party that the materials may be publicly disclosed at trial | March 4, 2016 |
| Parties conclude meet and confer regarding proposed stipulations and pre-trial order | March 18, 2016 |

| Pre-Trial Event | Deadline |
| --- | --- |
| Any party or non-party must file any motions objecting to public disclosure at trial of any trial exhibits or designated deposition testimony (or, must file any stipulations and proposed orders regarding such materials) | March 25, 2016 |
| Parties file pre-trial memoranda, joint pre-trial order, and statement of elements of each claim or defense and summary of facts relied upon to establish each element per Individual Rules V(A) & B | April 1, 2016 |
| Parties file any oppositions to motions concerning public disclosure of exhibits and deposition testimony | April 15, 2016 |
| Final pre-trial conference | Week of April 25, 2016 |
| Trial | May 2, 2016 |

SO ORDERED:

Dated: July 21, 2015

/s/ Nicholas G. Garaufis
HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

526149.1